

*U.S. Department of Justice*

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

May 4, 2020

**BY ECF**
The Honorable Vernon S. Broderick
United States District Judge
Thurgood Marshall United States Courthouse
40 Foley
New York, NY 10007

**Re:** *United States v. Rodriguez et al.*, 20-147 (VSB)

Dear Judge Broderick:

The Government respectfully submits this letter, with consent of the defendants, to seek a 30-day adjournment of the status conference currently scheduled for May 7, 2020 at 12:45 p.m, and an exclusion of time under the Speedy Trial Act until the next scheduled status conference.

On March 18, 2018, the Government produced the vast majority of discovery in this case, including agent reports, audio recordings, text messages, warrants, photos, and laboratory reports. The Government anticipates producing the following: (1) transcripts and translations of the audio recordings and text messages from Spanish to English; (2) additional laboratory reports; and (3) forensic images of seized electronic devices. The production of these additional discovery has been delayed due to the ongoing pandemic and stay-at-home orders, restricting the number of staff who are capable of generating the remaining discovery. Nonetheless, the Government anticipates that it will be able to produce the transcripts and translations within the next few weeks. The delivery date of the laboratory reports and electronic data, however, is harder to predict in light of the continuing stay-at-home order in place.

Accordingly, the parties respectfully request that the Court adjourn the status conference for 30 days to give the Government an opportunity to produce discovery, for the parties to review discovery, and to engage in any discussions regarding a pre-trial disposition. For the same reasons, with consent of the defendants, the Government moves to exclude time under the Speedy Trial Act until the next scheduled status conference.

Respectfully submitted,

GEOFFREY S. BERMAN
United States Attorney

by: _____/s/_____
Ni Qian
Assistant United States Attorney
(212) 637-2364

APPLICATION GRANTED
SO ORDERED
VERNON S. BRODERICK
U.S.D.J.  5/5/2020

The status conference scheduled for May 7, 2020 is hereby adjourned to June 10, 2020 at 10:30 a.m. The adjournment is necessary to permit counsel sufficient time to review discovery, and to allows the parties to engage in any pre-trial dispositions. The Court finds that the ends of justice served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial. Accordingly, it is further ordered that the time between May 7, 2020 and June 10, 2020 is hereby excluded under the Speedy Trial Act, 18 U.S.C. 3161 (h)(7)(A), in the interest of justice.