

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

July 8, 2020

**BY ECF**
The Honorable Vernon S. Broderick
United States District Judge
Thurgood Marshall United States Courthouse
40 Foley
New York, NY 10007

Re:     <u>United States v. De La Cruz Rodriguez et al.</u>, 20 Cr. 147 (VSB)

Dear Judge Broderick:

At the Court's request, the Government respectfully submits this letter seeking to adjourn the pretrial conference scheduled for July 10, 2020. The parties understand from chambers that, due to logistics constraints, an adjournment is necessary so that defendant Miguel De La Cruz Rodriguez, who is detained, can be produced and appear by video or telephone. Counsel for defendant Arsenio Francisco has represented that Francisco, who is not detained, will consent to appearing by telephone.

With the exception of July 21 before 2:00 p.m. and July 22, the parties are available the week of July 20, 2020. The Government respectfully seeks the exclusion of time under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7), until the date of the next conference to accommodate the logistics of a remote conference and so the defense can continue to review discovery, including material the Government is producing this week. The defense consents.

Respectfully submitted,

AUDREY STRAUSS
Acting United States Attorney

by:     /s/ Jun Xiang
Jun Xiang
Assistant United States Attorney
(212) 637-2289

APPLICATION GRANTED
SO ORDERED
VERNON S. BRODERICK
U.S.D.J.  7/9/2020

The status conference scheduled for July 10, 2020 is adjourned to July 20, 2020 at 10:00 a.m. The adjournment is necessary to allow the Government an opportunity to produce the remaining discovery, for the parties to review discovery, and to engage in any discussions regarding a pre-trial disposition. The Court finds that the ends of justice served by granting acontinuance outweigh the best interests of the public and the defendant in a speedy trial. Accordingly, it is further ordered that the time between June 10, 2020 and July 20, 2020 is hereby excluded under the Speedy Trial Act, 18 U.S.C. 3161 (h)(7)(A), in the interest of justice.