USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 7/31/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X
:
UNITED STATES OF AMERICA,
:
:
:
       -against-                                   :                     20-CR-147 (VSB)
:
MIGUEL ANTONIO DE LA CRUZ            :                         **ORDER**
RODRIGUEZ, et. al.,
:
:
                            Defendants.  :
:
-------------------------------------------------------X

<u>VERNON S. BRODERICK</u>, United States District Judge:

       On July 23, 2020, the Government informed the Court that any further laboratory testing of the substance Defendants sold to a confidential information would not be for the purposes of revisiting whether the substance contained fentanyl.  Prior testing conclusively confirmed that the substance did not contain fentanyl or any other controlled substance (Doc. 21.)  Accordingly, it is hereby:

       ORDERED that the Government notify the Court how it intends to proceed in light of the fact that the substance Defendants sold does not contain fentanyl or any controlled substance by August 7, 2020.

SO ORDERED.

Dated:  July 31, 2020
          New York, New York

*Vernon Broderick*
Vernon S. Broderick
United States District Judge