

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

---

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

January 11, 2021

**BY ECF**
The Honorable Vernon S. Broderick
United States District Judge
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

    Re: **United States v. De La Cruz Rodriguez, et al., 20 Cr. 147 (VSB)**

Dear Judge Broderick:

    At the request of chambers, the parties respectfully submit this letter seeking the adjournment of the conference scheduled for January 13, 2021 until January 20, 2021. The parties understand that this adjournment is needed to accommodate scheduling constraints.

    The Government respectfully requests that time be excluded under the Speedy Trial Act, 18 U.S.C. § 3161, until January 20, 2021 because this short adjournment is necessary to accommodate the Court's schedule, which has been constrained by the COVID-19 pandemic.

                    Respectfully submitted,

                    AUDREY STRAUSS
                    Acting United States Attorney

          by:    /s/ Jun Xiang
                    Jun Xiang
                    Assistant United States Attorney
                    (212) 637-2289

CC:    Amy Gallicchio, Esq. (by ECF)
        Stephen Turano, Esq. (by ECF)

APPLICATION GRANTED
SO ORDERED
VERNON S. BRODERICK
U.S.D.J. 1/12/2021

In light of COVID-19 and the Court's standing order 20-MC-622 (CM) the status conference scheduled for January 13, 2021 is hereby adjourned January 20, 2021 at 12:00 p.m. The adjournment is necessary to allow to accommodate the Court's schedule of remote proceedings during the pandemic. The Court finds that the ends of justice served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial. Accordingly, it is further ordered that the time between January 13, 2021 and January 20, 2021 is hereby excluded under the Speedy Trial Act, 18 U.S.C. 3161(h)(7)(A), in the interest of justice.