# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

David E. Patton
*Executive Director*

**APPLICATION GRANTED**
**SO ORDERED**
VERNON S. BRODERICK
U.S.D.J.  3/12/2021

The status conference scheduled for March 15, 2021 is adjourned to April 30, 2021 at 9:00 a.m. The adjournment is necessary to allow the parties to continue to engage in any discussions regarding a pretrial disposition of this matter. The Court finds that the ends of justice served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial. Accordingly, it is further ordered that the time between March 12, 2021 and April 30, 2021 is hereby excluded under the Speedy Trial Act, 18 U.S.C. 3161(h)(7)(A), in the interest of justice.

March 12, 2021

**By ECF and Email**
The Honorable Vernon S. Broderick
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 1007

Re:   **United States v. De La Cruz Rodriguez, et al.**
      **20 Cr. 147 (VSB)**

Dear Judge Broderick,

I write, with the consent of Steven Turano, Esq., counsel for Arsenio Genao Francisco, and without objection from the government, by AUSA Jun Xiang, to request an adjournment of the conference in the above captioned matter as to both defendants, currently scheduled for March 17, 2021.  Mr. Turano and I are currently engaging in discussions with the government to reach a pretrial disposition for our respective clients and additional time is needed to complete these discussions.

Therefore, I respectfully request that the Court adjourn the conference for approximately 45 days, to a date convenient with the Court and the parties. Mr. De La Cruz Rodriguez and Mr. Genao Francisco consent to the exclusion of time under the Speedy Trial Act.

Respectfully submitted,

*/s/ Amy Gallicchio*

_____
Amy Gallicchio
Assistant Federal Defender
Office: (212) 417-8728
Cell: (917) 612-3274

cc:   AUSA Jun Xiang